| Name of Person Reporting | Date of Report |
|---|---|
| Redden, James A. | 06/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Oregon Public Employees Retirement System | $21910.46 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Redden, James A. | 06/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Redden, James A. | 06/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



VICTOR ATIYEH
GOVERNOR

# Oregon Public Employes Retirement System

200 TERMINAL PLAZA. 1221 S.W. YAMHILL ST.. PORTLAND. OREGON 97205  PH. (503) 229-5824

August 22, 1979

TO WHOM IT MAY CONCERN:

Mr. James A. Redden, currently the Attorney General of the State of Oregon, is a voluntary member of the Oregon Public Employes Retirement System. He has been a member since July 1, 1973. He is vested in this joint contributory pension system with employe contributions made by him through January 1, 1979, totalling $15,727.60.

As a result of his service membership and accumulated employe and employer contributions, upon termination of his employment, he would be entitled to draw benefits as early as age 55 (March 1984). At age 60 (normal retirement age) his entitlement to a monthly award would be approximately $765.00 a month for life. Were he to withdraw his employe contributions at termination <u>no</u> further benefits would accrue to him or his survivors.

It should be understood that none of the assets of this trust (presently amounting to 1 billion 700 million dollars - including a stock portfolio valued at over 600 million dollars and consisting of ownership shares in over 280 active American and foreign corporations) - none of these assets are pledged or reachable by any single participating employer or employe.

Under ORS 237.271 the retirement fund is declared to be a <u>trust</u>. It has no other purpose but to fund and thereby provide the benefits owing to vested/participating members. No personal proprietary interest can be held or created therein by reason of employe or employer membership or contribution.

Very Sincerely Yours,